CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
213/368-5000 – Telephone
213/368-5009 – Facsimile
Email: trustee@cadye.com

Attorney for Mark Rofeh

**FILED & ENTERED**

**DEC 14 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SCHAFA DAVID MASSAJI,<br><br>　　　　　Debtor.<br>_____<br>MARK ROFEH,<br>　　　　　Plaintiff,<br>　vs.<br>SCHAFA DAVID MASSAJI, DEBTOR HEREIN AND BRAD KRASNOFF, CHAPTER 7 TRUSTEE,<br>　　　　　Defendants. | Case No. 2:15-bk-20200-RK<br>　　[Chapter 7]<br><br>Adv. No. 2:15-ap-01577-RK<br><br>ORDER APPROVING STIPULATION BETWEEN DEFENDANT CHAPTER 7 TRUSTEE AND PLAINTIFF MARK ROFEH RE SETOFF AND DISMISSAL FROM ADVERSARY COMPLAINT<br><br>[No Hearing Required] |

　　　The Court, having considered the Stipulation [ECF 7] entered into between Plaintiff and Creditor, Mark Rofeh, by and through his counsel, and Defendant Brad D. Krasnoff ("Trustee"), solely in his capacity as Chapter 7

//

//

1

Trustee, in which the parties have stipulated to dismiss Trustee as a party/defendant in this Adversary Proceeding,

IT IS HEREBY ORDERED:

1. The Stipulation is approved; and

2. Trustee is hereby dismissed as a Defendant on the terms and conditions provided in the Stipulation.

###

Date: December 14, 2015

_____
Robert Kwan
United States Bankruptcy Judge