```
 1  CAROLYN A. DYE (SBN 97527)
    3435 Wilshire Blvd.
 2  Suite 990
    Los Angeles, CA 90010
 3  Telephone: 213/368-5000
    Facsimile: 213/368-5009
 4

 5  Attorney for Movant,
    Mark Rofeh
 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12  In re                          ) Case No. 2:15-bk-20200-RK
                                   )       [Chapter 7]
13  SCHAFA DAVID MASSAJI,          )
                                   ) Adv. Case No.: 2:15-ap-01577-RK
14          Debtor.                )
                                   ) NOTICE OF ERRATA RE NOTICE OF
15  _____    ) MOTION AND MOTION FOR SUMMARY
    MARK ROFEH,                    ) JUDGMENT
16                                 )
              Plaintiff,           ) Date:  February 2, 2016
17                                 ) Time:  3:00 p.m.
      V.                           ) Place: Courtroom 1675
18                                 )        255 E. Temple Street
    SCHAFA DAVID MASSAJI, DEBTOR   )        Los Angeles CA 90012
19  HEREIN AND BRAD KRASNOFF,      )
    CHAPTER 7 TRUSTEE,             )
20                                 )
              Defendants.          )
21  _____    )

22

23  TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE,

24  THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

25       PLEASE TAKE NOTICE that the hearing on the Motion for

26  Summary Judgment, originally noticed for hearing on February 3,

27  2016 at 3:00 p.m. will be heard on February 2, 2016 at 3:00 p.m.

28  in Courtroom 1675 before the Honorable Robert N. Kwan.
```

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9013-1(f), any party wishing to oppose the Motion must file with the United States Bankruptcy Court, 255 East Temple Street, Room 940, Los Angeles, CA 90012, and serve upon the undersigned at 3435 Wilshire Blvd., Suite 990, Los Angeles, CA 90010, and upon the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017, and other interested parties no later than fourteen (14) days prior to the scheduled hearing on the Motion, a written objection describing all grounds supporting such objection and attaching any supporting evidence in the form required by Local Bankruptcy Rule 9013-1(f)(1).

The complete Motion has been filed with the Court and is available for inspection or copying at the Clerk's Office or a copy may be obtained by contacting the undersigned at 3435 Wilshire Blvd., Suite 990, Los Angeles, CA 90010.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9013-1(h) failure to timely file and serve any objection may be deemed by the Court to be consent to the granting of the relief requested.

Dated: December 24, 2015

Carolyn A. Dye, Attorney for Mark Rofeh

Service Date: December 24, 2015

-2-

00002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3435 Wilshire Blvd., Suite 990, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled Notice of Errata Notice of Motion and Motion for Summary Judgment will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 24, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Carolyn A Dye — trustee@cadye.com
   Brad D Krasnoff (TR) — jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com
   David Brian Lally — davidlallylaw@gmail.com
   United States Trustee (LA) — ustpregion16.la.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On December 24, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   United States Bankruptcy Court
   The Honorable Robert N. Kwan
   United States Bankruptcy Judge
   255 East Temple Street
   Suite 1682
   Los Angeles, CA 90012

   Schafa David Massaji
   11666 Montana Ave., #312
   Los Angeles, CA 90049

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2015, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 24, 2015

_____
Shawn Sterrett

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1. PROOF OF SERVICE

00003