Main Document    Page 1 of 2

CAROLYN A. DYE (SBN 97527)
3435 Wilshire Blvd.
Suite 990
Los Angeles, CA 90010
213/368-5000 – Telephone
213/368-5009 – Facsimile
Email: trustee@cadye.com

Attorney for Plaintiff Mark Rofeh



**FILED & ENTERED**

**MAR 21 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>SCHAFA DAVID MASSAJI,<br><br>　　　　Debtor.<br><br>MARK ROFEH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SCHAFA DAVID MASSAJI, Debtor herein, and BRAD KRASNOFF, Chapter 7 Trustee,<br><br>　　　　Defendants. | Case No. 2:15-bk-20200-RK<br>　　[Chapter 7]<br><br>Adv. No. 2:15-ap-01577-RK<br><br>~~[PROPOSED]~~ ORDER IN ADVERSARY PROCEEDING GRANTING MOTION FOR SUMMARY JUDGMENT ALLOWING SETOFF<br><br>Scheduled Hearing:<br>Date:　March 22, 2016<br>Time:　3:00 p.m.<br>Place:　Courtroom 1675<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, CA 90012 |

　　The Motion for Summary Judgment filed by Plaintiff herein, Mark Rofeh, having been considered by the court, along with the opposition filed by Defendant Schafa David Massaji, the court determines that oral argument on the Motion is not necessary, and the court dispenses with oral argument, vacates the hearing on the Motion set for March 22, 2016 at 3:00 p.m., takes the Motion under submission, and rules as follows,

　　After considering the Motion and the opposition filed on behalf of Debtor/Defendant, Schafa David Massaji, and having revised and approved

1

Plaintiff's Amended Statement of Undisputed Facts and Conclusions of Law and entered an order thereon, finding no disputed material fact and all the elements required under 11 U.S.C. Section 553(a) having been established, and for all the reasons stated in the record of the proceedings,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted;

2. Judgment is to entered that Rofeh is entitled to offset the debt that he owes against the debtor owed by Debtor; and

3. Judgment is to be entered that Rofeh's claim offsets in total the amount owed to Debtor and that Debtor shall take nothing on account of the judgment entered in the case captioned Massaji v. Rofeh, et al, Los Angeles Superior Court, Case No. BS107044, entered July 29, 2009 (affirmed in California Court of Appeal, Second Appellate District, Case No. B202059), against Rofeh.

4. A separate judgment is being entered concurrently herewith.

5. The hearing on the Motion set for March 22, 2016 at 3:00 p.m. is vacated. No appearances are required on March 22, 2016.

###

Date: March 21, 2016

_____
Robert Kwan
United States Bankruptcy Judge

2