```
 1  CAROLYN A. DYE (SBN 97527)
    3435 Wilshire Blvd.
 2  Suite 990
    Los Angeles, CA 90010
 3  213/368-5000 – Telephone
    213/368-5009 – Facsimile
 4  Email: trustee@cadye.com
 5
 6  Attorney for Plaintiff Mark Rofeh
```



**FILED & ENTERED**

MAR 21 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

**CHANGES MADE BY COURT**

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>SCHAFA DAVID MASSAJI,<br>　　　　　　Debtor.<br>―――――――――――――――<br>MARK ROFEH,<br>　　　　　　Plaintiff,<br>　　vs.<br>SCHAFA DAVID MASSAJI, Debtor herein, and BRAD KRASNOFF, Chapter 7 Trustee,<br>　　　　　　Defendants. | Case No. 2:15-bk-20200-RK<br>[Chapter 7]<br><br>Adv. Case No.: 2:15-ap-01577-RK<br><br>[PROPOSED] JUDGMENT<br><br>Scheduled Hearing:<br>Date:　March 22, 2016<br>Time:　3:00 p.m.<br>Place:　Courtroom 1675<br>　　　　255 E. Temple Street<br>　　　　Los Angeles CA 90012 |

Having considered the Motion of Plaintiff Mark Rofeh for Summary Judgment and papers filed in support of the Motion, all opposition to the Motion, arguments of counsel, and revised and approved Plaintiff's Amended Statement of Undisputed Facts and Conclusions of Law and entered an order thereon, and entering an order granting the Motion, and good cause appearing therefor,

-1-

It is hereby ordered, adjudged, and decreed that:

1. Judgment is entered in favor of the plaintiff, Mark Rofeh and against Defendant, Schafa David Massaji (the "Defendant") on the first claim for declaratory relief;

2. Judgment is entered in favor of Rofeh and against Defendant on the second claim for relief for setoff under 11 U.S.C. § 553(a); and

3. As a result of the setoff, Rofeh owes nothing to Defendant, and Defendant has no claims arising from or relating to the judgment rendered in the case captioned Massaji v. Rofeh, et al, Superior Court of California, County of Los Angeles, Case No. BS107044, entered July 29, 2009 (affirmed in California Court of Appeal, Second Appellate District, Case No. B202059), against Rofeh.

###

Date: March 21, 2016

_____
Robert Kwan
United States Bankruptcy Judge